**James J. DURHAM, Defendant
Below, Appellant,**

v.

**STATE of Delaware, Plaintiff
Below, Appellee.**

No. 270, 2015

Supreme Court of Delaware.

Submitted: January 27, 2016
Decided: February 8, 2016

AFFIRMED.

■

**Bernard WOODS, Defendant
Below, Appellant,**

v.

**STATE of Delaware, Plaintiff
Below, Appellee.**

No. 227, 2015

Supreme Court of Delaware.

Submitted: December 17, 2015
Decided: February 9, 2016

AFFIRMED.

■

**Ryan RICHMOND, Defendant
Below–Appellant,**

v.

**STATE of Delaware, Plaintiff
Below–Appellee.**

No. 409, 2015

Supreme Court of Delaware.

Submitted: December 16, 2015

Decided: February 9, 2016

AFFIRMED.